UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HINZE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-02944-AMO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED** |

In his complaint for products liability, negligence, failure to warn, and breach of warranty, Plaintiff Christopher Hinze alleges that "[v]enue is proper in this County because the subject vehicle was manufactured in this county and a substantial part of the events, acts, omissions, and transactions, complain[ed] of herein occurred in this County." ECF 1-3 ("Compl.") ¶ 19. However, the accident giving rise to Hinze's claims occurred in Virginia. *Id.* ¶ 20. And, at the time of the accident, Hinze was a resident of Washington, D.C. *Id.* Accordingly, by no later than October 25, 2024, Hinze shall file a brief, of no more than 5 pages, explaining why this case should not be transferred to the United States District Court for the Eastern District of Virginia[1] pursuant to 28 U.S.C. § 1404(a), which provides that a court may transfer a civil action to any other district "[f]or the convenience of parties and witnesses [and] in the interest of justice." Tesla may also file a brief, of no more than 5 pages, by that date. Any factual contentions made in the briefing must be supported by declarations or other references to the record in compliance with Civil Local Rule 7-5. Each side may file no more than 5 pages of supporting declarations. Should the parties reach an agreement regarding transfer, they may file a stipulation to transfer the case in

---

[1] Alternatively, if the United States District Court for the Western District of Virginia covers the area where the accident occurred, the parties shall address whether transfer to that district is appropriate.

lieu of the required briefing.

The November 25, 2024 hearing on the pending choice of law motion is **VACATED**. The hearing will be re-set, if necessary, following resolution of the transfer issue.

**IT IS SO ORDERED.**

Dated: October 15, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**